**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

| | | |
|---|---|---|
| **Ylich Miguel Mendez Moreno** | ) | |
| Plaintiff, | ) | **1:26-cv-12820-MJJ** |
| **v.** | ) | |
| | ) | |
| **Markwayne Mullen et al.** | ) | |
| Defendant | ) | |

## ORDER OF DISMISSAL

September 30, 2026

**Joun, D.J.**

In accordance with the Court's Electronic Order granting the assented to motion to dismiss at Doc. No. 6, entered and dated September 30, 2026, it is hereby **ORDERED** that the above-entitled action be and hereby is dismissed.

September 30, 2026

/s/ Steve K. York
---------------------------
**Deputy Clerk**